DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KOCH INVESTMENTS FLORIDA, LLC,

Appellant,

v.

CRUZ BAY PROPERTIES, INC. and HTN TRUST INC., as
trustee of the 1465 Watermill Circle Land Trust,

Appellees.

No. 2D23-1762

————————————————

February 16, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for
Pinellas County; Edwin B. Jagger, Judge.

Roy C. Skelton, Clearwater, for Appellant.

Erik De L'Etoile of De L'Etoile Law Firm, P.A., Tampa, for Appellee Cruz
Bay Properties, Inc.

Matthew D. Wolf of Ivanov & Wolf, PLLC, Tampa for Appellee HTN Trust
Inc, as trustee of the 1465 Watermill Circle Land Trust.


PER CURIAM.

   Affirmed.

SILBERMAN, VILLANTI, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.